# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**MICHAEL SACCOCCIO, JR.,**
Appellant,

v.

**USROF IV LEGAL TITLE TRUST 2015-1,** By **U.S. BANK NATIONAL ASSOCIATION,** As Legal Title Trustee,
Appellee.

No. 4D17-1864

[June 21, 2018]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Robert E. Belanger, Judge; L.T. Case No. 2015CA000534.

Margaret A. Benton, Fort Pierce, for appellant.

Kathleen Angione of Kahane & Associates, P.A., Plantation, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., GROSS and CIKLIN, JJ., concur.

\*    \*    \*

*Not final until disposition of timely filed motion for rehearing.*